**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE: 6:25-cv-00526-JSS-LHP

JUAN CARLOS GIL, individual, and

ACCESS 4 ALL, INC., a

Florida not-for-profit Corporation,

Plaintiffs,

v.

CONVENTION HOTEL PARTNERS, LTD.

a Florida Corporation, and

ROSEN PLAZA, INC. d/b/a ROZEN PLAZA

HOTEL, a Florida Corporation,

Defendants.

_____/

## <u>NOTICE OF SETTLEMENT</u>

Plaintiffs, JUAN CARLOS GIL, individual, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation, by and through undersigned counsel and hereby file this Notice of Settlement to notify the Court that the parties have reached an amicable settlement in this above styled matter. The Court reserves jurisdiction to enforce the settlement terms.

Dated: June 10, 2025

Respectfully submitted,

*/s/ Julie C. Collange*
JULIE C. COLLANGE, ESQ.
Florida Bar No: 123779
THE MINEO SALCEDO LAW FIRM, P.A.
5600 Davie Rd.
Davie, FL 33314
T: (954) 463-8100 | F: (954) 463-8106

1

Service@mineolaw.com
JCollange@mineolaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF on this 10th day of June, 2025 on all counsel or parties of record on the Service List below.

*/s/ Julie C. Collange*
JULIE C. COLLANGE, ESQ.

**SERVICE LIST**
Pamela A. Chamberlin, Esq.
MITRANI, RYNOR, ADAMSKY
& TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, Florida 33140
pchamberlin@mitrani.com
cschutt@mitrani.com
miamidocketing@mitrani.com
Telephone: 305-358-0050
Facsimile: 305-358-0550 fax
*Attorneys for Defendants*

2