UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN CARLOS GIL and ACCESS 4
ALL, INC.,

             Plaintiffs,

v.                                    Case No: 6:25-cv-526-JSS-LHP

CONVENTION HOTEL
PARTNERS, LTD. and ROSEN
PLAZA, INC.,

             Defendants.
_____/

## **ORDER**

The parties have filed a joint stipulation of dismissal with prejudice.  (Dkt. 29.)

*See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a

court order by filing . . . a notice of dismissal before the opposing party serves either

an answer or a motion for summary judgment . . . .").  Upon review of the docket, no

answer or motion for summary judgment has been filed.  *See PTA-FLA, Inc. v. ZTE*

*USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule

41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment

terminates a plaintiff's ability to voluntarily dismiss its claims without a court order.").

- 2 -

Accordingly:

1. This case is **DISMISSED with prejudice**.

2. The case remains closed.

**ORDERED** in Orlando, Florida, on June 24, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

- 2 -